IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SPENCER, et al., | CASE NO. CV F 09-0925 LJO DLB |
| Plaintiffs, | **ORDER TO DISMISS REMAINING DEFENDANTS** |
| vs. | |
| DHI MORTGAGE COMPANY, LTD., et al., | |
| Defendants. / | |

This Court's June 30, 2009 order ("June 30 order") dismissed this action with prejudice against defendant DHI Mortgage Company, Ltd. ("DHI Mortgage"). The clerk entered a June 30, 2009 judgment in favor DHI Mortgage against plaintiffs Douglas Spencer and Connie Spencer (collectively "plaintiffs." The June 30 order required "plaintiffs, no later than July 10, 2009, to file papers to show cause why this Court should not dismiss this action against defendants Indymac Federal Bank, FSB, Mortgage Electronic Registration Systems, Chicago Title Company, NDEX West, LLC, and Countrywide Home Loans."

On July 8, 2009, the clerk received from plaintiffs a document entitled "Plaintiffs [sic] Request Motion to Dismiss all Defendants Without Prejudice Before 7/13/09 Hearing" ("plaintiffs' dismissal request"), to which plaintiffs' financial records were attached as exhibits. This Court construes plaintiffs' dismissal request as a F.R.Civ.P. 41(a)(1)(A) request to dismiss non-appearing defendants Indymac Federal Bank, FSB, Mortgage Electronic Registration Systems, Chicago Title Company, NDEX

1  West, LLC, and Countrywide Home Loans.

2  On the basis of good cause this Court:

3    1.    DIRECTS the clerk to file only pleading pages 1-10 of the document entitled "Plaintiffs
4  [sic] Request Motion to Dismiss all Defendants Without Prejudice Before 7/13/09
5  Hearing" and to return to plaintiffs the original exhibits without filing the exhibits;

6    2.    DISMISSES without prejudice this action against non-appearing defendants Indymac
7  Federal Bank, FSB, Mortgage Electronic Registration Systems, Chicago Title Company,
8  NDEX West, LLC, and Countrywide Home Loans;

9    3.    DENIES plaintiffs' apparent request to set aside judgment in favor of DHI Mortgage and
10  DENIES plaintiffs' apparent request to remand this action to state court in the absence
11  of valid, supporting grounds; and

12    4.    VACATES any hearing plaintiffs attempt to set on July 13, 2009; and

13    5.    DIRECTS the clerk to close this action.

14  IT IS SO ORDERED.

15  **Dated:**  **July 8, 2009**                                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE